# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAROLYN H. SRIVASTAVA,           ) <br>                                                 ) <br>          Plaintiff,     ) <br>vs.                                      ) <br>                                                ) <br>THE TRUSTEES OF INDIANA   ) <br>  UNIVERSITY, et al.,            ) <br>                                              ) <br>         Defendants.    ) | No. 1:12-cv-1309-SEB-DKL |

**Entry and Notice**

**I.**

Court documents are public records of which the Court can take judicial notice. *See Henson v. CSC Credit Servs.,* 29 F.3d 280, 284 (7th Cir. 1994). It does so in this instance with respect to the August 30, 2011, Order of the Court of Appeals in No. 11-2817. That Order shall be **re-docketed in this action** to remind the plaintiff and to notify other parties or their counsel of the filing restrictions imposed on this plaintiff.

**II.**

**A.**

The plaintiff shall have **through October 12, 2012**, in which to demonstrate that the fine imposed in No. 11-2817 has been paid or is no longer in effect.

**B.**

With the exception of the plaintiff's response to the directions issued in Part II.A. of this Entry, the plaintiff is admonished to not tender for filing any documents within the scope of the Order in No. 11-2817 without evidence that the fine has been paid or that the Order is no longer in effect. To do so would be a violation of the orders of both the Court of Appeals and this Court.

**IT IS SO ORDERED.**

Date: 09/20/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Note to Clerk: Processing this document requires actions in addition to docketing and distribution.

**Distribution:**

**All Electronically Registered Counsel**

**Carolyn H. Srivastava**
**3105 Lehigh Ct.**
**Indianapolis, IN 46268**