## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAROLYN H. SRIVASTAVA,            ) | |
| )                                  | |
| Plaintiff,   ) | |
| vs.                                ) | No. 1:12-cv-1309-SEB-DKL |
| )                                  | |
| THE TRUSTEES OF INDIANA            ) | |
| UNIVERSITY, et al.,             ) | |
| )                                  | |
| Defendants.  ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: _10/12/2012_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

All Electronically Registered Counsel

Carolyn H. Srivastava
3105 Lehigh Ct.
Indianapolis, IN 46268